In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00111-CR**
_____

**IN RE JOHNETTA SHANELL LILLIE PUGH**

**Original Proceeding
252nd District Court of Jefferson County, Texas
Trial Cause No. F-2239902**

**MEMORANDUM OPINION**

In an original proceeding filed in this Court, Christopher Wiley petitioned for the issuance of a writ of habeas corpus on the application of Johnetta Shanell Lillie Pugh. *See* Tex. Code Crim. Proc. Ann. art. 11.13(b) ("An application for a writ of habeas corpus may be signed and presented on behalf of an applicant by any person, who shall be referred to as the petitioner."). The petition seeks Pugh's release from the custody of the Jefferson County Sheriff at the Jefferson County Jail, where Pugh allegedly is being held on an arrest warrant out of the 252nd District Court of Jefferson County, Texas.

1

The Clerk of the Court issued a notice that the Court would dismiss the original proceeding for lack of jurisdiction unless, by April 10, 2024, the Court received a response that shows grounds for this Court to exercise original or appellate jurisdiction. No response has been filed.

A Court of Appeals is not one of the courts with the authority to issue a writ of habeas corpus in a criminal case. *See* Tex. Code Crim. Proc. Ann. art. 11.05. Our original jurisdiction to issue a writ of habeas corpus is limited to contempt orders in civil cases. *See* Tex. Gov't Code Ann. § 22.221(d). Pugh has not identified a final judgment or an appealable order from which Pugh might perfect a timely appeal at this time. *See* Tex. Code Crim. Proc. Ann. art. 44.02; *see also* Tex. R. App. P. 25.2. Neither our original jurisdiction nor our appellate jurisdiction is implicated in the habeas corpus petition filed with this Court. Accordingly, we dismiss the petition for lack of jurisdiction.

PETITION DISMISSED.

PER CURIAM

Submitted on May 7, 2024
Opinion Delivered May 8, 2024
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.